# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

JUL 31 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

*UNITED STATES OF AMERICA*

*V.*

**Hunter Hugh Taylor III**

*(Name and Address of Defendant)*

*AMENDED*
**CRIMINAL COMPLAINT**
REDACTED

**CASE NUMBER:** 06-4195M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about July 23, 2006, in Whiteriver, Navajo County, Arizona, in the District of Arizona, within the confines of the White Mountain Apache Indian Reservation, Indian Country, defendant, Hunter Hugh Taylor III (an adult non-Indian male), did with malice aforethought unlawfully kill Prestina Kaye Rivas-Madrigal, (an adult Indian female), in violation of Title 18, United States Code, Sections 1152 and 1111.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See attached affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: AUSA Camille Bibles

James H. Rominger
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

July 31, 2006                                at        Flagstaff, Arizona
Date                                                   City and State

Mark E. Aspey, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, **James H. Rominger,** being duly sworn, hereby depose and state as follows:

1. That your affiant, James H. Rominger is a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and is currently assigned to the Pinetop-Lakeside Resident Agency of the Phoenix, Arizona FBI Division.  In the course of his official duties, he is charged with the investigation of federal crimes within the District of Arizona:   In this regard, the following information was developed by your affiant regarding the death of Prestina Kaye Rivas-Madrigal, a 20-year-old Indian woman, in the Diamond Creek community of Whiteriver, Arizona, which is located on the Fort Apache Agency.

2. On Sunday, July 23, 2006, your affiant was contacted by Bureau of Indian Affairs Special Agent Dustin Whiting advising you affiant that a possible homicide had occurred on the Ft. Apache Agency.  The victim, Prestina Kaye Rivas-Madrigal, was transported to the Indian Health Services Hospital in Whiteriver, Arizona, where she was pronounced dead.  You affiant proceeded to the IHS Hospital and observed the deceased.  The deceased had ligature markings on her ankles and wrists, with a large portion of duct tape attached to her hair and scalp area. Her body was found in the home of the deceased, who resides with her mother, Darlene Goklish.

3. Your affiant interviewed Darlene Goklish on July 23, 2006.  Mrs. Goklish advised your affiant that when she arrived to her residence from work at approximately 3:30 p.m. she could hear Prestina and her boyfriend, Hunter Hugh Taylor, III aka "Taylor," talking to each other in their bedroom.  Mrs. Goklish heard them having a small argument and heard her

daughter Prestina state, "Quit, quit, quit" and then later heard Taylor state "I'm tired of this." Mrs. Goklish told your affiant that she could no longer hear anything coming from the bedroom and Taylor left the bedroom and the residence. Mrs. Goklish told your affiant that within ten minutes Taylor returned home, went back into the bedroom, and immediately exited the bedroom and sat on the back porch with her son, John Doe . Mrs. Goklish told your affiant that she was suspicious that something was wrong in that no noise was coming from the bedroom. Mrs. Goklish took a butter knife, jimmied the door open, and observed her daughter, Prestina, lying under a blanket. Mrs. Goklish then removed the blanket and saw her daughter, Prestina, with her hands bound behind her back with black shoestrings and her feet also bound. Mrs. Goklish then turned, Prestina, over and observed her face to be covered in duct tape. Mrs. Goklish screamed to her children to get a pair of scissors so she could remove the duct tape from her daughter's face. Michelle Goklish, the daughter of Mrs. Goklish, ran to her grandmother's house to obtain a pair of scissors which were then given to John Doe who in turn gave the scissors to his mother so the duct tape could be removed from Prestina's face. Two Apache males attempted to provide CPR to Prestina while they waited for the Police Department and ambulance to arrive. Taylor never reentered the room after he left a few minutes earlier.

    4. On July 23, 2006, your affiant interviewed Michelle Katherine Goklish who is the sister of the deceased. Michelle advised your affiant that she woke up at approximately 4:10 p.m. and ran to her sister's bedroom where she observed her mother, Darlene Goklish, turning her sister over on the bed. Michelle told your affiant that she observed her sister's face to be covered in duct tape. Michelle left the bedroom with her brother John Doe , and at her mother's request ran to her grandmother's to obtain a pair of scissors. Michelle gave these scissors to her brother

John Doe who in turn ran into the residence and gave them to his mother. Michelle advised your affiant that she believed that Taylor had placed the duct tape on her sister. Michelle was positive that no one had entered the room after her mother had gone in other than herself, her brother John Doe, and those who assisted in trying to revive her sister.

5. On July 23, 2006, your affiant interviewed John Doe, a 13 year-old Indian male, who advised that Taylor had come out of the residence and stated that he was going to buy cigarettes at the North Fork Store. Approximately four minutes later Taylor returned to the residence and went back inside his and Prestina's bedroom. John Doe told you affiant that shortly afterwards Taylor came back outside and sat next to him. John Doe asked him what his sister was doing and Taylor told John Doe that his sister was sleeping. John Doe told your affiant that approximately three minutes later he heard his mother, Darlene Goklish, screaming. John Doe followed his sister Michelle, into Prestina and Taylor's room and observed his sister Prestina lying on the bed with her feet bound and hands bound behind her back. John Doe told your affiant that he further observed duct tape covering the front portion of his sister's face. John Doe then handed his mother a razor blade to help remove the duct tape from his sister's face but the razor blade did not work. John Doe then ran outside and obtained a pair of scissors from his sister Michelle who had obtained the scissors from their grandmother's residence. John Doe told your affiant that Taylor told him he was going to go get the cops and drove away in a green four door 4x4 vehicle. John Doe told your affiant that no one entered the bedroom after his mother screamed other than his mother, his sister Michelle, himself, and those who tried to resuscitate his sister.

6. On July 23, 2006, your affiant interviewed Hunter Hugh Taylor, III, a 23 year-old non-Indian male, who was being held by the White Mountain Apache Police Department. After

3

reading Mr. Taylor his Miranda Rights, Mr. Taylor told your affiant what had transpired that afternoon. This interview between your affiant, BIA Special Agent Dustin Whiting, and Mr. Hunter, was audio recorded. During this recorded interview Mr. Taylor admitted to causing the death of his girlfriend, Pristina Kaye Rivas-Madrigal. Mr. Taylor advised your affiant that he was tired of being physically abused by the deceased and had just been punched in the left eye and upper lip by the deceased. Mr. Taylor, tired of being physically assaulted tied Prestina's hands behind her back and then tied her feet. Mr. Taylor told your affiant that he then put his arm under her arm and across her chest up to her opposite shoulder. Mr. Taylor told your affiant he then squeezed Prestina, attempting to calm her down. Mr. Taylor then observed that Prestina was no longer breathing. Your affiant then asked Mr. Taylor why there was duct tape on her face. Mr. Taylor told your affiant that he placed the duct tape on her face because he was tired of looking at her. Mr. Taylor told your affiant that he then left the residence, spoke to John Doe , then got in his vehicle, and drove to the end of the driveway where the vehicle quit working. Mr. Taylor told your affiant he then walked to the IHS Hospital where the police found him and were holding him until this interview. Mr. Taylor advised your affiant that he had not intended to kill Prestina.

    7. On July 26, 2006, your affiant spoke with FBI Special Agent Raymond Duncan, Jr., who advised he had spoken with Adam Knapp, forensic investigator with the Coconino County Medical Examiner's Office and Knapp advised Prestina had died as a result of complex compressional (mechanical) asphyxia. Knapp also added that significant causes and factors in Prestina's death included probable suffocation due to reported occlusion of the nose and mouth with tape. Knapp stated the manner of death was homicide.

8. Based on the information contained in paragraphs 1-6 infra your affiant believes that there is probable cause to believe that Hunter Hugh Taylor, III, violated federal law, to wit, murder, in violation of Title 18 U.S.C. 1111.

*[signature]*
James H. Rominger, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me

this 31ST day of July, 2006

*[signature]*
Mark E. Aspey
United States Magistrate Judge

5